IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08mc93

| | |
|---|---|
| IN RE APPLICATION OF QWEST COMMUNICATIONS INTERNATIONAL INC., <br><br>In re Application for Order Pursuant to 28 U.S.C. § 1782. <br>_____ | ORDER |

**THIS MATTER** is before the court on petitioner's Motion for Entry of Order Approving Stipulated Agreements. Having considered petitioner's motion and reviewed the pleadings, and finding that good cause has been shown for the proposed relief, that the stipulations among the signatories thereto further the intent and purpose of the court's previous Order, and that approval and adoption of such agreements would further sound and efficient judicial administration, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that petitioner's Motion for Entry of Order Approving Stipulated Agreements (#4) is **GRANTED,** and the terms of the Stipulation and Order dated August 12, 2008 and attached as Exhibit A to the motion

as well as the Stipulated Protective Order dated August 12, 2008 and attached as Exhibit B to the motion, are **APPROVED** and incorporated into this order by reference as if fully set out herein.

Signed: August 15, 2008

Dennis L. Howell
United States Magistrate Judge